# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0153. ANTWANETTE HILL v. THE STATE.**

Upon consideration of Appellant's "Emergency Motion to Declare Void Judgment and Probation," the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/17/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*